

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-18-2010

# Sandra Cortez v. Trans Union

Precedential or Non-Precedential: Precedential

Docket No. 08-2465

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Sandra Cortez v. Trans Union" (2010). *2010 Decisions.* Paper 664.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/664

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-2465 & 08-2466

_____

SANDRA CORTEZ,

Appellant in 08-2465

v.

TRANS UNION, LLC

SANDRA CORTEZ

v.

TRANS UNION, LLC,

Appellant in 08-2466

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 05-cv-5684)
District Judge: Hon. John P. Fullam

Before: McKee, *Chief Judge*, Hardiman and
Van Antwerpen, *Circuit Judges*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED**, that the Slip Opinion filed in this case on August 13,

2010, be amended as follows:

> On page 74 in footnote 37, the citation to "*State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 416 (3d Cir. 2003)" should be changed to read as follows: "*State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 416 (2003)."

**IT IS SO ORDERED**.

BY THE COURT,


/s/ Theodore A. McKee
Chief Judge


DATED: August 18, 2010
CRG/cc: All counsel of record